IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00835-ZLW

JERRY MASKE,

Applicant,

v.

VALERIE ESTRADA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER

---

Applicant, Jerry L. Maske, acting *pro se* filed seven separate Letters with the Court on April 19 and 20, 2010, (Doc. Nos. 5-11). In several of the Letters, Mr. Maske requests that the Court "move [his] cases to a United States District Court that is not associated with the State of Colorado." Mr. Maske seeks a transfer of his cases because he believes that he has been treated unfairly by the Court.

Under 28 U.S.C. § 1404 a transfer of a case to a different federal court is within the sound judicial discretion of a trial judge. *Stewart Organization, Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988); *Texas E. Transmission Corp. v. Marine Office-Appleton & Cox Corp.*, 579 F.2d 561, 567 (10th Cir. 1978). An action may be transferred under § 1404(a) at any time during the pendency of a case and even after judgment has been entered. *See Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1516 (10th Cir. 1991) (citing 15 C. Wright, A. Miller & E. Cooper, *Federal Practice and Procedure* § 3844 at 334-35 (1986)). Nothing in Mr. Maske's request, however, justifies a transfer of this case under § 1404. Accordingly, it is

ORDERED that Mr. Maske's request for a transfer of this case to any other federal district is denied.

DATED at Denver, Colorado, this __21st__ day of __April__, 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00835-ZLW

Jerry Maske
2705 Danube Way, Unit 101
Aurora, CO 80013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk